# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

MU'MIN ABDULAZIZ/ASKEW,                                                           PLAINTIFF
ADC #82276

v.                              No. 1:12CV00082 JLH-JTK

JOHN MAPLES, *et al*.                                                              DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 18th day of September, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE