**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

MU'MIN ABDULAZIZ/ASKEW,                                             PLAINTIFF
ADC #82276

v.                                    No. 1:12CV00082 JLH-JTK

JOHN MAPLES, *et al*.                                               DEFENDANTS

**<u>JUDGMENT</u>**

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and

Adjudged that this case be, and it is hereby, DISMISSED without prejudice.  The relief sought is

denied.

IT IS SO ADJUDGED this 18th day of September, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE